AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 6:26-MJ- 83 |
| | ) | |
| JAMES ERVIN MATISI | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 13, 2026_____ in the county of _____Denton_____ in the
_____Eastern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(9) | Possession of a Firearm by a Prohibited Person. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Gregory Davis, HSI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 4.1 by telephone.

Date: 5|15|2026

_____
*Judge's signature*

City and state: _____Tyler, Texas_____

K. Nicole Mitchell, United States Magistrate Judge
_____
*Printed name and title*