UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:26CR120 |
| | § | (Judge Jordan) |
| JAMES ERVIN MATISI | § | |

**MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;

COMES NOW, Defendant, JAMES ERVIN MATISI, by and through his undersigned attorney, and files this, his MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE, and would show this Honorable Court as follows, to-wit:

**I.**

**PROCEDURAL HISTORY**

On May 22, 2026, the Defendant appeared before United States Magistrate Judge Bill Davis for an Initial Appearance and Arraignment on a five-count Indictment, in which the Defendant is charged with violations of 18 U.S.C. § 871(a) (Threat Against the President), 18 U.S.C. § 115(a)(1)(B) (Threatening a Federal Official) and 18 U.S.C. § 922(g)(9) (Possession of Firearms by an Individual Convicted of a Misdemeanor Crime of Domestic Violence). At that time, the Office of the Federal Public Defender for the Eastern District of Texas was appointed to represent the Defendant.

The deadline to file a continuance or notification of a plea agreement is August 17, 2026, and the Final Pretrial Conference is scheduled for September 8, 2026.

## II.

## GROUNDS FOR MOTION

Defense counsel respectfully requests a continuance of the pretrial dates in order to conduct legal research concerning some of the issues in the case, to engage in plea negotiations with the Government, and to discuss all options with the Defendant so that he can make a fully informed decision on how he would like to proceed with his case. This request is made in order to ensure that effective assistance of counsel is provided to the Defendant.

This Motion for Continuance is not made for purposes of delay, but only in order that justice may be done. The Defendant requests that this Court make a finding that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Due to the reasons outlined above, Defendant respectfully requests an additional 60 days for the pretrial motion dates, change of plea deadline, and final pretrial conference date.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the pretrial motion dates, change of plea deadline, and final pretrial conference date in this case be reset from their current setting for an additional 60 days.

Respectfully submitted,

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-MCCOY
Assistant Federal Defender
Eastern District of Texas
7460 Warren Parkway, Suite 270
Frisco, Texas 75034
(469) 362-8506
FAX: (469) 485-2973

*Attorney for Defendant*

**CERTIFICATE OF CONFERENCE**

Prior to filing this motion, I contacted Assistant United States Attorney, D. Ryan Locker, and the Government does not oppose this motion.

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-MCCOY
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August, 2026, a true and correct copy of the foregoing Defendant's MOTION FOR CONTINUANCE OF PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL CONFERENCE DATE was sent by CM/ECF to:

D. Ryan Locker
Assistant U.S. Attorney
110 N. College, Suite 700
Tyler, TX 75702

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-MCCOY
*Attorney for Defendant*