IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26-CR-120 |
| | § | Judge Jordan |
| JAMES ERVIN MATISI | § | |

**NOTICE OF ATTORNEY APPEARANCE AND SUBSTITUTION OF FORMER COUNSEL**

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, Christopher T. Rapp, and enters his notice of appearance and substitution as counsel of record for the United States of America in the above styled cause and requests that former Assistant United States Attorney D. Ryan Locker be removed as counsel of record since he is no longer with USAO-EDTX.

The undersigned, Christopher T. Rapp, Assistant United States Attorney, respectfully requests that the same be noted by the Clerk of the Court and be added to the list of counsel to receive all future notices, orders, and filings through the Court's CM/ECF system.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/* ______________________________
CHRISTOPHER T. RAPP
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Christopher.T.Rapp@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on October 30, 2026.

*/s/* ______________________________
CHRISTOPHER T. RAPP
Assistant United States Attorney